IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00307-RJC-DCK

| USA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JONATHAN MYKEIL ROBINSON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss the Indictment following a second mistrial where a jury was not able to reach a unanimous verdict.

**IT IS, THEREFORE, ORDERED** that the Government's motion is **GRANTED** and the Indictment, (Doc. No. 3), is **DISMISSED**.

Signed: April 6, 2021

Robert J. Conrad, Jr.
United States District Judge